# NO. 12-18-00196-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID GLENN MORGAN,* *APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of jurisdiction. David Glenn Morgan appeals from his plea of "guilty/nolo contendere" to the misdemeanor offense of failure to appear. Sentence was imposed on April 18, 2018. Under the rules of appellate procedure, the notice of appeal must be filed within (1) 30 days after the day sentence is imposed or suspended in open court, or after the day the trial court enters an appealable order; or (2) within 90 days after the day sentence is imposed or suspended in open court if the defendant timely files a motion for new trial. *See* TEX. R. APP. P. 26.2(a). The record does not indicate that Appellant filed a motion for new trial. *See* TEX. R. APP. P. 26.2(a)(2). Therefore, Appellant's notice of appeal was due to have been filed no later than May 18. Appellant filed his notice of appeal on July 13.

On July 20, this Court notified Appellant that the information received in this appeal does not show the jurisdiction of this Court, i.e., there was no timely filed notice of appeal or motion for extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.2, 26.3. We further notified Appellant that the appeal would be dismissed unless the information was amended on or before July 30 to show the Court's jurisdiction. On July 30, Appellant filed a motion for extension of time to file a notice of appeal. However, Rule 26.3 provides that a motion to extend the time for filing a notice of appeal must be filed within fifteen days after the deadline for filing

the notice of appeal. TEX. R. APP. P. 26.3. Thus, Appellant's motion for extension of time was due on or before June 4 and his July 30 motion was untimely.

Because this Court is not authorized to extend the time for perfecting an appeal except as provided by the Texas Rules of Appellate Procedure, we overrule Appellant's motion for extension of time and ***dismiss*** the appeal for ***want of jurisdiction***. *See **Slaton v. State***, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *see also **Olivo v. State***, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). All pending motions are ***overruled as moot***.

Opinion delivered August 22, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 22, 2018**

**NO. 12-18-00196-CR**

**DAVID GLENN MORGAN,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court

of Henderson County, Texas (Tr.Ct.No. 2016-0713CC)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*